# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1920
Lower Tribunal Nos. F05-5281A, F06-15941

_____

**Raudel Edwards Robinson,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Raudel Edwards Robinson, in proper person.

James Uthmeier, Attorney General, and Ryan Schelwat, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

Affirmed. See Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005) (holding that a sentence of life imprisonment does not violate the proscription in Article I, Section 17 of the Florida Constitution against an indefinite term of imprisonment); Alvarez v. State, 418 So. 3d 723 (Fla. 3d DCA 2025); Sheppard v. State, 417 So. 3d 497 (Fla. 3d DCA 2025); Sanchez v. State, 414 So. 3d 436 (Fla. 3d DCA 2025); Simmons v. State, 413 So. 3d 1003 (Fla. 3d DCA 2025); Alvarez v. State, 411 So. 3d 1260 (Fla. 3d DCA 2025); Lemon v. State, 411 So. 3d 584 (Fla. 3d DCA 2025); Padgett v. State, 411 So. 3d 528 (Fla. 3d DCA 2025); Holmes v. State, 245 So. 3d 857 (Fla. 3d DCA 2018).